# Third District Court of Appeal
## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1856
Lower Tribunal No. F18-332B
_____

**Jean Raymond Pointdujour**,
Appellant,

vs.

**The State of Florida**,
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Jean Raymond Pointdujour, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and EMAS, and MILLER, JJ.

PER CURIAM.

Affirmed.